IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00612 EJD |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| vs. | ) | |
| SALVADOR TAPIA-JUAREZ, | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, October 29, 2012, shall be continued to Monday, November 19, 2012, at 1:30 p.m.

It is further ordered that the time through and including November 19, 2012, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

It is so ordered.

Dated: October 26, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order Continuing Hearing
CR 12-00612 EJD                                      1