1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,           )    No. CR 12-00612 EJD
                                        )
11                  Plaintiff,          )    [PROPOSED] ORDER CONTINUING
                                        )    SENTENCING HEARING
12  vs.                                 )
                                        )
13  SALVADOR TAPIA-JUAREZ,              )
                                        )
14                  Defendant.          )
    _____)

15

16         Good cause appearing and by stipulation of the parties, it is hereby ordered that the

    sentencing hearing currently set for Monday, July 1, 2013, at 1:30 p.m., shall be continued to
17
    Monday, July 29, 2013, at 1:30 p.m.
18

19
    Dated: June  11 , 2013
20

21                                          _____
                                            HON. EDWARD J. DAVILA
22                                          United States District Judge

23

24

25

26